**Linda MATSUI, Plaintiff—Appellant,**

v.

**PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY, Defendant—Appellee.**

No. 01–55791.

D.C. No. CV–97–00482–AHS.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 10, 2002.

Decided May 22, 2002.

Before KLEINFELD and GRABER, Circuit Judges, and BOLTON,* District Judge.

MEMORANDUM **

Linda Matsui appeals the district court's grant of partial summary judgment in favor of Provident Life and Accident Insurance Company on her claims for: (1) breach of implied covenant for good faith

---

* The Honorable Susan R. Bolton, United States District Judge for the District of Arizona, sitting by designation.

and fair dealing; and (2) punitive damages. We review de novo, *Block v. City of Los Angeles,* 253 F.3d 410, 416 (9th Cir.2001), and affirm.

Because Provident showed that there was a genuine question regarding its liability to Matsui, which was based on its reasonable interpretation of the text of the insurance policy's specialty clause, its denial of benefits was not unreasonable. *Lunsford v. Am. Guar. & Liab. Ins. Co.,* 18 F.3d 653, 656 (9th Cir.1994) (citing *Gruenberg v. Aetna Ins. Co.,* 9 Cal.3d 566, 108 Cal.Rptr. 480, 510 P.2d 1032, 1035–37 (1973)). Additionally, Matsui fails to set forth facts that can support an award of punitive damages under California law.

AFFIRMED.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.